**No. 24-6158**

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

FREE SPEECH COALITION, INC., ET AL.,

*Plaintiffs-Appellees,*

v.

JONATHAN SKRMETTI,

*Defendant-Appellant.*

On appeal from the United States District Court
for the Western District of Tennessee
No. 2:24-cv-02933

## Notice of Withdrawal as Counsel

| | |
|---|---|
| Jonathan Skrmetti<br>*Attorney General and Reporter* | J. Matthew Rice<br>*Solicitor General* |
| Zachary L. Barker<br>*Senior Assistant Attorney General* | Philip Hammersley<br>*Senior Assistant Solicitor General*<br><br>State of Tennessee<br>Office of the Attorney General<br>P.O. Box 20207<br>Nashville, Tennessee 37202<br>(615) 532-6026<br>Matt.Rice@ag.tn.gov |

*Counsel for Defendant-Appellant*

Philip Hammersley hereby notifies this Court that he is withdrawing as counsel for Defendant-Appellant, Jonathan Skrmetti, because he is leaving the Office of the Tennessee Attorney General.

J. Matthew Rice and Zachary Barker will remain as counsel of record for the Defendant-Appellant.

| | |
|---|---|
| Dated: May 16, 2025 | Respectfully Submitted, |

Jonathan Skrmetti
*Attorney General and Reporter*

/s/ *Philip Hammersley*

Philip Hammersley
*Senior Assistant Solicitor General*

State of Tennessee
Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202
Philip.Hammersley@ag.tn.gov

*Counsel for Defendant-Appellant*

## CERTIFICATE OF SERVICE

On May 16, 2025, I filed an electronic copy of this notice with the Clerk of the Sixth Circuit using the CM/ECF system. That system sends a Notice of Docket Activity to all registered attorneys in this case. Under Sixth Circuit Rule 25(f)(1)(A), "[t]his constitutes service on them and no other service is necessary."

/s/ *Philip Hammersley*
Philip Hammersley
*Senior Assistant Solicitor General*